

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00093-CV

BETSY TURNER, INDIVIDUALLY                                      APPELLANT
AND AS TRUSTEE OF THE BETSY
C. TURNER EXEMPT TRUST

V.

TOMMIE ROSS TURNER JR.                                          APPELLEE

------------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY
### TRIAL COURT NO. 16-08121-431

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered Appellant's unopposed motion to dismiss.  *See* Tex. R. App. P. 42.1(a)(1).  We grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 43.2(f).  Costs of the appeal shall be paid by Appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d), 43.4.

PER CURIAM

PANEL:  GABRIEL, SUDDERTH, and KERR, JJ.

DELIVERED:  April 27, 2017

---

[1]*See* Tex. R. App. P. 47.4.